UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG )<br>1657 The Fairway #131 Jenkintown, PA 19046 )<br> )<br> )<br>Plaintiff, )<br>vs. )<br> )<br>ADVANCED BROKERAGE CONCEPTS, LLC. )<br> )<br>*Et Al.* )<br>Defendants. )<br> ) | Civil Action<br>No. 18-2624<br><br>Jury Trial Demanded |

FILED
SEP - 4 2018
KATE BARKMAN, Clerk
By_____ Dep Clerk

## STIPULATION OF DISMISSAL OF ALL DEFENDANTS:

COME NOW Plaintiff ANDREW R. PERRONG and Defendants, through undersigned counsel, and hereby stipulate to this Dismissal against all Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE, with each party to bear its own fees and costs.

Dated: August 17, 2018

_____
Andrew Perrong
*Plaintiff Pro-Se*

On behalf of the ABC Insurance Defendants

_____
Brian P. McVan, Esquire

1

On behalf of the Nationwide Defendants

_____
Albert G. Lin, Esquire


On behalf of the Travelers Defendants

_____
Brian J. Boyle, Esquire


On behalf of the Progressive/ARX Defendants

_Kymberly Kochis_____
Kymberly Kochis, Esquire


Approved by the Court   9/4/18

**/s/ Gerald J. Pappert**

2